UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

S R P ENVIRONMENTAL, LLC           CIVIL ACTION NO. 24-cv-610

VERSUS           JUDGE TERRY A. DOUGHTY

STRATEGIC CLAIM CONSULTANTS, LLC      MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

The amended Diversity Jurisdiction Disclosure Statement (Doc. 9) filed by plaintiff SRP Environmental, LLC established that it has only Louisiana citizenship. The defendant, Strategic Claim Consultants, LLC, filed its own statement and listed three individuals (citizens of Georgia, Texas, and Ohio) that are alleged to "have an ownership interest in SCC."

The court entered a preliminary finding of diversity jurisdiction (Doc. 15), but additional information from SCC is necessary to ensure that the finding is correct. SCC's statement is not clear whether the three individuals identified are (1) members of SCC (as opposed to owners by other or indirect means) or (2) the *only* members of SCC.

The disclosure statement says only that the three individuals "have an ownership interest in SCC." "[T]here is a potentially important difference between LLC membership and LLC ownership." SXSW, L.L.C. v. Fed. Ins. Co., 83 F.4th 405, 408 (5th Cir. 2023). And the statement is not clear as to whether there are any other members.

**SCC must file an amended diversity jurisdiction disclosure statement by August 30, 2024** that specifically identifies every member of SCC and alleges the

member's citizenship. The rules for alleging the citizenship of LLCs, individuals, and other entities are set forth in the instructions issued by the court. Doc. 12. This is consistent with the requirement that a jurisdictional pleading "must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017).

THUS DONE AND SIGNED in Shreveport, Louisiana, this 13th day of August, 2024.

Mark L. Hornsby
U.S. Magistrate Judge